**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Kenneth Hampton, Appellant.

Appellate Case No. 2013-000680

———————————

Appeal From Lexington County
Howard P. King, Circuit Court Judge

———————————

Unpublished Opinion No. 2013-UP-493
Submitted December 1, 2013 – Filed December 23, 2013

———————————

**APPEAL DISMISSED**

———————————

Appellate Defender Robert M. Pachak, of Columbia, for
Appellant.

Matthew C. Buchanan and John Benjamin Aplin, both of
the South Carolina Department of Probation, Parole &
Pardon Services, of Columbia, for Respondent.

———————————

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**HUFF, GEATHERS, and LOCKEMY, JJ., concur.**

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.